McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
ALISON E. WILSON
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID R. CUMMINGS,<br><br>  Defendant. | CR. NO. S-06-261 GGH<br><br>AGREEMENT TO DEFER PROSECUTION; ORDER<br><br>JUDGE: Hon. Gregory G. Hollows<br>DATE: April 12, 2007<br>TIME: 9:00 a.m. |

The parties have entered into a deferred prosecution agreement and have agreed to continue this matter for a status hearing on April 12, 2007, at 9:00 a.m..

### I. DEFERRED PROSECUTION AGREEMENT

1. The Information charges defendant, David R. Cummings, with one count of possessing marijuana, in violation of Title 21, United States Code, Section 844(a). After negotiations, the Unites States and the defendant have decided that the interests of justice will best be served by an agreement to defer further prosecution of the above case on the conditions set forth below.

2. In exchange for the defendant entering into this agreement, the United States Attorney's Office for the Eastern

1

1  District of California will defer prosecution against him until
2  April 12, 2007. The defendant will be required to abide by the
3  conditions and requirements set forth below and appear in court as
4  directed should he be accused of violating any of the conditions.
5  This agreement will be considered fully performed if the defendant
6  does not violate any of the conditions of this agreement until
7  April 12, 2007. If that occurs, the United States will move to
8  dismiss the information with prejudice.

## II. CONDITIONS

1. The defendant, David R. Cummings, shall not violate any federal, state, or local law amounting to a misdemeanor or felony, not including federal regulatory violations that generically impose a possible six-month jail term. Notwithstanding this exclusion, the defendant shall not violate any federal statutory or regulatory, state, or local drug law.

2. The defendant waives any defense he may have based on delay in prosecution, including the statutory and constitutional protections regarding a speedy trial.

## III. SIGNATURES

I accept and agree to this Deferred Prosecution Agreement on behalf of the government.

DATED: October 26, 2006         McGREGOR W. SCOTT
                                United States Attorney

                                By: _____
                                Matthew C. Stegman
                                Assistant U.S. Attorney

We have read this Deferred Prosecution Agreement and have discussed it fully with my client. The Deferred Prosecution

1 Agreement accurately and completely sets forth the entirety of the
2 agreement.
3    We concur in our client's decision to agree to the terms as
4 set forth in this agreement.
5 DATED: October 26, 2006                  /s/ Carl Wechutek for
                                           TARA I. ALLEN
6
7
8 DATED: October 26, 2006                  /s/ Carl Wechutek
                                           ANN C. McCLINTOCK
9                                          Assistant Federal Defender
10
11            IV. DEFENDANT'S ACKNOWLEDGMENTS AND WAIVERS
12    I, David R. Cummings, acknowledge that on April 12, 2006, at
13 Beale Air Force Base, in the County of Yuba, State and Eastern
14 District of California, I was cited for possession of marijuana.
15    I assert and certify that I am aware that the Sixth Amendment
16 to the United States Constitution provides that in all criminal
17 prosecutions the accused shall enjoy the right to a speedy and
18 public trial.  I am also aware that Rule 48(b) of the Federal
19 Rules of Criminal Procedure provides that the court may dismiss an
20 information for unnecessary delay in filing an information or in
21 bringing a defendant to trial.  Further, I am aware that under the
22 Speedy Trial Act, Title 18, United States Code, Section
23 3161(c)(1), the court may dismiss an information if trial is not
24 commenced within seventy (70) days of the date of filing of the
25 information.
26    I hereby ask the Misdemeanor Unit for the United States
27 Attorney's Office, Eastern District of California, to defer my
28 prosecution.  I agree that any delay caused by this deferred

1  prosecution shall be deemed necessary delay, and I waive any
2  defense to such prosecution on the ground that such delay operated
3  to deny my rights to a speedy trial under Rule 48(b) of the
4  Federal Rules of Criminal Procedure, the Sixth Amendment of the
5  Constitution, or my rights under the Speedy Trial Act, or to bar
6  the prosecution by reason of the running of the statute of
7  limitations during the period of this agreement. I also agree
8  that by signing this agreement, time is excluded under the Speedy
9  Trial Act, Title 18, United States Code, Section 3161(h)(2),
10 during the pendency of this deferred prosecution.
11     I have read this Deferred Prosecution Agreement and carefully
12 reviewed every part of it with my attorney. I understand it, and
13 I voluntarily agree to it. No other promises or inducements have
14 been made to me, other than those contained in this Agreement. In
15 addition, no one has threatened or forced me in any way to enter
16 into this Deferred Prosecution Agreement.
17
18 DATED: October 27, 2006
                                    _____
19                                   DAVID R. CUMMINGS
                                    Defendant
20                              ORDER
21     Pursuant to the above-agreement of the parties, the Court
22 hereby defers all further proceedings in the above-captioned case
23 to April 12, 2007. The ends of justice warrant an exclusion of
24 time, and the deferred prosecution exceeds the public interest in
25 a trial within 70 days.
26 ///
27 ///
28 ///

1 ///
2 Time under the Speedy Trial Act shall be excluded from the date of
3 the signing of this Order until on April 12, 2007, under Title 18,
4 United States Code, Section 3161(h)(2) [Local Code I].
5 IT IS SO ORDERED.
6 Dated:

OCT 3 1 2006

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
United States Magistrate Judge