McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
JOSEPH M. COOK
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. S-06-00261 GGH |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO DISMISS THE INFORMATION WITH PREJUDICE AND ORDER |
| DAVID R. CUMMINGS, | |
| Defendant. | JUDGE: Hon. Gregory G. Hollows |

The parties entered into an agreement of deferred prosecution on October 26, 2006. The defendant has successfully fulfilled his obligations under the terms of the deferred prosecution agreement. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its

///
///
///
///
///
///

1 | undersigned attorney, hereby moves this Honorable Court for an
2 | Order dismissing with prejudice, Cr. No. S-06-00261 GGH.
3 | DATED: APRIL 10, 2007                McGREGOR W. SCOTT
                                          United States Attorney
4 |
5 |                                       By: /s/ Matthew C. Stegman
                                              MATTHEW C. STEGMAN
6 |                                           Assistant U.S. Attorney
7 |                        [PROPOSED] ORDER
8 | IT IS SO ORDERED:
9 | DATED: APRIL 25, 2007
10 | **GREGORY G. HOLLOWS**
     HON. GREGORY G. HOLLOWS
11 | United States Magistrate Judge